UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>ERIKA WYTICIA DAVIS,<br><br>        Defendant. | CIVIL ACTION FILE<br>No. 6:05-CV-32 (HL) |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred and Fifty Dollars ($6,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Dollars ($400.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Any Time Any Place," on album "Janet," by artist "Janet Jackson" (SR# 174-392);
- "These Are The Times," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);
- "Make It Last Forever," on album "Make It Last Forever," by artist "Keith Sweat" (SR# 86-761);
- "Human Nature," on album "Thriller," by artist "Michael Jackson" (SR# 41-965);
- "Hello," on album "Can't Slow Down," by artist "Lionel Richie" (SR# 49-235);
- "Damien," on album "It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);
- "Who Is It," on album "Dangerous," by artist "Michael Jackson" (SR# 178-165);
- "Let's Wait Awhile," on album "Control," by artist "Janet Jackson" (SR# 69-529);
- "Songbird," on album "Duotones," by artist "Kenny G" (SR# 79-028);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED,** this the 15th day of February, 2006.

                                        **s/ Hugh Lawson**
                                        Hugh Lawson
                                        United States District Judge